## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| MARK RATLEDGE,<br><br>Petitioner,<br><br>v.<br><br>U.S. ATTORNEY,<br><br>Respondent. | Case No. MC-24-07-GF-BMM<br><br><br><br>**ORDER** |

The Court received a letter from Mark Ratledge ("Ratledge") (Doc. 1.) Ratledge is seeking a Court order releasing the 1869 grand jury indictment and related proceedings to Owl Child, of the Blackfeet Tribe. (*Id.*) The case was decided in the U.S. Territorial Court of the Third (Helena) District of Montana. (Doc.1)

Grand jury records, orders, and subpoenas related to grand-jury proceedings are typically kept under seal to the extent and as long as necessary to prevent unauthorized disclosure of a matter. Fed. R. Crim. P. 6(e). The Court invites the U.S. Attorney's Office to comment on this request on or before November 1,

2024. If there are any objections to releasing records the Court will conduct a status call to address the concerns by both parties.

IT IS ORDERED:

1.      The Clerk of Court is directed to file notice of the letter to the U.S. Attorney.

2.      The U.S. Attorney's Office shall comment on this request on or before November 1, 2024

DATED this 23rd day of October, 2024.

_____
Brian Morris
United States District Court Judge