IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARK RATLEDGE,<br><br>Petitioner,<br><br>v.<br><br>U.S. ATTORNEY,<br><br>Respondent. | Case No. MC-24-07-GF-BMM<br><br>**ORDER** |

The Court received a letter from Mark Ratledge ("Ratledge") (Doc. 1.) Ratledge is seeking a Court order releasing the 1869 grand jury indictment and related proceedings to Owl Child, of the Blackfeet Tribe. (*Id*.) The case was decided in the U.S. Territorial Court of the Third (Helena) District of Montana. (Doc.1)

Grand jury records, orders, and subpoenas related to grand-jury proceedings are typically kept under seal to the extent and as long as necessary to prevent unauthorized disclosure of a matter. Fed. R. Crim. P. 6(e). The Court invited the U.S. Attorney's Office to comment on this request on or before November 1, 2024. The U.S. Attorney's Office has no objection. (Doc. 3.)

1

**THEREFORE, IT IS ORDERED:**

1. The Clerk of Court is directed to file notice of the letter to the U.S. Attorney unsealing the 1869-1870 grand jury records related to proceedings involving Owl Child,

2. The National Archives located in Denver, Colorado is ordered to unseal the grand jury file(s) related to Owl Child located under Case Files, 1865-1889. https://catalog.archives.gov/id/569285

3. The records should be unsealed only for historical purposes and other records sought to be released shall be subject to the discretion of the Director of Archival Operations at the National Archives.

DATED this 15th day of November, 2024.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge